IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

FRANCISCO GARCIA

    Plaintiff,

vs.

BRENTWOOD OAKS APARTMENTS, L.P.
    and its successor in interest, BRENTWOOD
    GENERAL PARTNERSHIP
SENTINEL REAL ESTATE CORPORATION,
ASSOCIATED SECURITY AND PATROL, LLC,
and JOHN DOES 1-3

    Defendants.

NO. 3:09-0851

Judge Haynes

JURY DEMANDED

*[Handwritten notation: Granted. The motion is granted. The conference is set for April 26, 2010 at 4:00 pm. /s/ [Judge] 4-8-10]*

## MOTION FOR CASE MANAGEMENT CONFERENCE

Comes now the Plaintiff by and through counsel pursuant to local rule 16.01 (3) and (4), and request a telephonic case management conference to discuss scheduling matters in this case.

The initial case management conference was held on November 9, 2009. At that time, the Plaintiff had just discovered the identity of Associated Security and Patrol, LLC, security company providing security services to the Brentwood Oaks Apartments during the relevant time periods concerning this lawsuit. Pursuant to the Court's instructions at the case management conference, the parties submitted a revised proposed Initial Case Management Order on November 12, 2009.[1] The Plaintiff filed his Amended Complaint naming Associated Security and Patrol, LLC as a defendant.

---

[1] To date, the parties have been working under the proposed case management order filed by the parties on November 12, 2009.